HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JENNIFER MANN, Bar #215737
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone:   (916) 498-6666
Facsimile:   (916) 498-6656
Email:   jennifer_mann@fd.org

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BUNYARD,<br><br>　　Petitioner,<br><br>v.<br><br>RON DAVIS, Warden of California State Prison at San Quentin,<br><br>　　Respondent. | No. 2:15-cv-1790 WBS AC<br><br>**DEATH PENALTY CASE**<br><br>[~~Proposed~~] Order |

On August 24, 2015, Petitioner Jerry Bunyard, a state prisoner facing capital punishment, filed a request for appointment of counsel, for stay of execution, and to proceed *in forma pauperis*, in the Eastern District of California pursuant to 28 U.S.C. § 2254.

Rule 3(a) of the Rules Governing § 2254 Cases provides that a petitioner seeking *in forma pauperis* status shall file an affidavit of assets as required by 28 U.S.C. § 1915, as well as a certification from the prison stating the amount on deposit in the petitioner's account. Mr. Bunyard has filed a supporting declaration with his request for in forma pauperis status, asserting that he is indigent and has only minimal assets, as well as a certificate of funds on deposit from the prison.

[Proposed] Order                                       1

IT IS HEREBY ORDERED THAT:

1. Mr. Bunyard's request to proceed *in forma pauperis* is granted;

2. Mr. Bunyard's application for appointment of counsel is granted. Counsel will be appointed following notice from the Eastern District Selection Board either that the Federal Defender, Capital Habeas Unit, or that other qualified counsel available for appointment has been identified;

3. There being no scheduled execution date pending, Mr. Bunyard's request for a stay of execution is denied without prejudice to renewal should any proceedings related to the execution of his sentence of death, including preparation for execution and the setting of an execution date, be instituted in state court during the pendency of the instant proceedings.

IT IS SO ORDERED.

Dated: August 24, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order                    2