IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY BUNYARD,**<br><br>                            Petitioner,<br><br>     v.<br><br>**RON DAVIS, Warden,**<br><br>                            Respondent. | Case No. 2:15-cv-01790 WBS AC  (DP)<br><br>[~~PROPOSED~~] ORDER |

   IT IS HEREBY ORDERED that the time for electronically lodging the record, and request to seal documents is extended through and including December 23, 2015.

Dated:  December 11, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE