1    KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
2    ERIC L. CHRISTOFFERSEN, State Bar No. 186094
Supervising Deputy Attorney General
3    ROBERT C. NASH, State Bar No. 184960
Deputy Attorney General
4     1300 I Street, Suite 125
    P.O. Box 944255
5     Sacramento, CA 94244-2550
    Telephone: (916) 323-5809
6     Fax: (916) 324-2960
    E-mail: Robert.Nash@doj.ca.gov
7    *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY BUNYARD,** | 2:15-cv-01790 WBS AC (DP) |
| Petitioner, | **NOTICE OF ELECTRONIC LODGING** |
| v. | **CAPITAL CASE** |
| **RON DAVIS, Warden,** | |
| Respondent. | |

    Pursuant to this Court's order of October 14, 2015 [ECF No. 12], respondent lodges the required state court record in electronic (PDF-OCR) form. Respondent has not lodged extraneous state court documents not specified in this Court's order. Consistent with this Court's order the lodged documents have been Bates stamped, scanned, and converted to OCR format. Some of the items include CDs, as detailed below, and respondent will deliver a physical copy of the enumerated CDs to this Court. As for the sealed items omitted from this lodging, respondent shall lodge a paper copy in accordance with this Court's order. Further, consistent with this Court's order respondent has omitted a copy in paper as required by L.R. 190(f), and has not provided courtesy copies on CD.

    ///

**I.   FIRST TRIAL (STATE COURT RECORD - CSC Case No. S004356)**

*San Joaquin County Superior Court Case No. 31016*

A.   **Clerk's Transcripts on Appeal [CT]**

| ATTACHMENT | BATES | DOCUMENT TITLE |
|---|---|---|
| 1. | (AGO000001-AGO000237) | (1) CT Vol. I, pages 1-228, filed 10/9/1981 |
| 2. | (AGO000238-AGO000315) | (2) CT Vol. II, pages 229-300, filed 10/9/1981 |
| 3. | (AGO000316-AGO000470) | (3) CT Vol. III, pages 1-89 |

B.   **Clerk's Augmented Transcripts on Appeal [CAT]**

| 4. | (AGO000408-AGO000409) | (4) Aug CT (for 5/5/1980) |
|---|---|---|
| 5. | (AGO000410-AGO000426) | (5) CAT, pages 1-13, filed 3/3/1983 |
| 6. | (AGO000427-AGO000455) | (6) CAT, pages 1-39, filed 11/19/1984 |

C.   **Supplemental Augmented Clerk's Transcripts on Appeal [SACT]**

| 7. | (AGO000456-AGO000464) | (7) SACT (for 4/7/1980) |
|---|---|---|

D.   **Reporter's Augmented Transcripts on Appeal [RAT]**

| 8 | (AGO000465-AGO000837) | (8) RAT, Vol. I, pages 1-365, filed 10/9/1981 |
|---|---|---|
| 9. | (AGO000838-AGO001255) | (9) RAT, Vol. II, pages 366-745, filed 10/9/1981 |
| 10. | (AGO001256-AGO001627) | (10) RAT, Vol. III, pages 746-1132,[1] filed 10/9/1981 |
| 11. | (AGO001628-AGO002053) | (11) RAT, Vol. IV, pages 1133-1502, filed 10/9/1981 |

---

[1] Reporter's Augmented Transcript [RAT] on Appeal, Vol. III, appears to reflect that it contains pages 746 through 1132.  This lodged document contains only pages 746 through 1061.  In other words, the copy of the volume in respondent's possession does not have pages 1062 through 1132.  An individual from respondent's office reviewed the copy of this volume in the California Supreme Court's possession and that copy contains pages 746 through 1061, the same as the copy in respondent's possession.  This lodged document is a copy of the volume in respondent's possession.

| | | | |
|---|---|---|---|
| 12. | (AGO002054-AGO002428) | (12) | RAT, Vol. V, pages 1503-1827, filed 10/9/1981 |
| 13. | (AGO002429-AGO002628) | (13) | RAT, Vol. VI, pages 1828-2152, filed 10/9/1981 |
| 13-1. | (AGO002629-AGO002828) | | |
| 13-2. | (AGO002829-AGO002856) | | |

**E.   Augmented Reporter's Transcripts on Appeal [ART]**

| | | | |
|---|---|---|---|
| 14. | (AGO002857-AGO002859) | (14) | Order for Additional Records, filed 3/5/1982 |
| 15. | (AGO002860-AGO003036) | (15) | ART, filed 3/10/1983 |
| 16. | (AGO003037-AGO003052) | (16) | Corrected pages to ART of 3/10/1883 |
| 17. | (AGO003053-AGO003072) | (17) | ART, filed 11/19/1984 |
| 18. | (AGO003073-AGO003098) | (18) | ART, filed 12/13/1984 |

**F.   MISCELLANEOUS TRANSCRIPT**

| | | | |
|---|---|---|---|
| 19. | (AGO003099-AGO003107) | (19) | Transcript of Videotape, filed 8/9/1984 |

**G.   DIRECT APPEAL**

| | | | |
|---|---|---|---|
| 20. | (AGO003108-AGO003109) | (20) | Commitment Judgment of Death, filed 10/16/1991 |

[Attachment 21 has been intentionally omitted from this public filing. It is filed under seal in the California Supreme Court and respondent has filed the appropriate motion to obtain a copy. It will be separately and subsequently filed with this Court under seal after respondent's pending motion is ruled on by the California Supreme Court.]

| | | | |
|---|---|---|---|
| 22. | (AGO003110-AGO003395) | (22) | Appellant's Opening Brief [AOB], filed 11/7/1985 |
| 23. | (AGO003396-AGO003613) | (23) | Respondent's Brief [RB], filed 5/19/1986 |
| 24. | (AGO003614-AGO003656) | (24) | Respondent's Supplemental Brief [RSB], filed 7/6/1986 |
| 25. | (AGO003657-AGO003762) | (25) | Appellant's Reply Brief [ARB], filed 8/14/1986 |
| 26. | (AGO003763) | (26) | 6/5/1987 CSC letter to counsel re: argument and supplemental briefing |
| 27. | (AGO003764) | (27) | 7/13/1987 CSC letter to counsel re: appellant's supplemental brief |

| | | |
|---|---|---|
| 28. | (AGO003765-AGO003875) | (28) Appellant's Supplemental Reply Brief [ASRB], filed 8/10/1987 |
| 29. | (AGO003876-AGO003952) | (29) Appellant's Second [2nd] Supplemental Brief [A2SB][Additional Penalty Phase Issues], filed 8/24/1987 |
| 30. | (AGO003953-AGO004017) | (30) Respondent's Reply to Appellant's Second [2nd] Supplemental Brief [RRA2SB], filed 9/14/1987 |
| 31. | (AGO004018-AGO004077) | (31) Appellant's Second [2nd] Supplemental Reply Brief [A2SRB] [Additional Penalty Phase Issues], filed 10/2/1987 |
| 32. | (AGO004078-AGO004114) | (32) Opinion , filed 7/11/1988 |
| 33. | (AGO004115-AGO004154) | (33) Petition for Rehearing, filed 7/26/1988 |
| 34. | (AGO004155-AGO004156) | (34) Modified Opinion, filed 9/1/1988 |
| 35. | (AGO004157) | (35) Order denying Petition for Rehearing, filed 9/1/1988 |

## II. PENALTY PHASE [PP] RETRIAL (STATE COURT RECORD - CSC Case No. S023421)

*San Joaquin County Superior Court Case No. 31016-A*

**A.  Clerk's Transcripts on Appeal [CT PP] (filed 11-4-1991)**

| | | |
|---|---|---|
| 36. | (AGO004158-AGO004450) | (36) CT PP Volume I, pages 1-262 |
| 37. | (AGO004451-AGO004686) | (37) CT PP Vol II, pages 263-509 |
| 38. | (AGO004687-AGO004927) | (38) CT PP Vol III, pages 510-745 |
| 39. | (AGO004928) | (39) Declaration of Kim Moreno, Deputy Appellant Clerk |

**B.  Clerk's Augmentation on Appeal [Juror Questionnaires] [CA [JQ] PP]**

| | | |
|---|---|---|
| 40. | (AGO004929-AGO005228) | (40) CA [JQ] PP, Vol. 1 of 22, pages 1-297 |
| 41. | (AGO005229-AGO005528) | (41) CA [JQ] PP, Vol. 2 of 22, pages 298-596 |
| 42. | (AGO005529-AGO005828) | (42) CA [JQ] PP, Vol. 3 of 22, pages 597-895 |

| | | |
|---|---|---|
| 43. | (AGO005829-AGO006128) | (43) CA [JQ] PP, Vol. 4 of 22, pages 896-1194 |
| 44. | (AGO006129-AGO006429) | (44) CA [JQ] PP, Vol. 5 of 22, pages 1195-1493 |
| 45. | (AGO006430-AGO006729) | (45) CA [JQ] PP, Vol. 6 of 22, pages 1494-1792 |
| 46. | (AGO006730-AGO007029) | (46) CA [JQ] PP, Vol. 7 of 22, pages 1793-2091 |
| 47. | (AGO007030-AGO007333) | (47) CA [JQ] PP, Vol. 8 of 22, pages 2092-2394 |
| 48. | (AGO007334-AGO007633) | (48) CA [JQ] PP, Vol. 9 of 22, pages 2395-2693 |
| 49. | (AGO007634-AGO007933) | (49) CA [JQ] PP, Vol. 10 of 22, pages 2694-2992 |
| 50. | (AGO007934-AGO008233) | (50) CA [JQ] PP, Vol. 11 of 22, pages 2993-3291 |
| 51. | (AGO008234-AGO008533) | (51) CA [JQ] PP, Vol. 12 of 22, pages 3292-3590 |
| 52. | (AGO008534-AGO008833) | (52) CA [JQ] PP, Vol. 13 of 22, pages 3591-3889 |
| 53. | (AGO008834-AGO009133) | (53) CA [JQ] PP, Vol. 14 of 22, pages 3890-4188 |
| 54. | (AGO009134-AGO009433) | (54) CA [JQ] PP, Vol. 15 of 22, pages 4189-4487 |
| 55. | (AGO009434-AGO009733) | (55) CA [JQ] PP, Vol. 16 of 22, pages 4488-4786 |
| 56. | (AGO009734-AGO010033) | 56) CA [JQ] PP, Vol. 17 of 22, pages 4787-5085 |
| 57. | (AGO010034-AGO010333) | (57) CA [JQ] PP, Vol. 18 of 22, pages 5086-5384 |
| 58. | (AGO010334-AGO010633) | (58) CA [JQ] PP, Vol. 19 of 22, pages 5385-5683 |
| 59. | (AGO010634-AGO010933) | (59) CA [JQ] PP, Vol. 20 of 22, pages 5684-5982 |
| 60. | (AGO010934-AGO011233) | (60) CA [JQ] PP, Vol. 21 of 22, pages 5983-6281 |

61. (AGO011234-AGO011271)  (61) CA [JQ] PP, Vol. 22 of 22, pages 6282-6315

62. (AGO011272-AGO011306)  (62) 5/30/2001 Certificates of Service re: Clerk's Transcripts

**C.  Clerk's Supplemental Transcripts on Appeal [CST PP]**

63. (AGO011307-AGO011512)  (63) CST PP, Vol I, pages 1-187

**D.  Clerk's Augmented Transcripts on Appeal [CAT PP]**

64. (AGO011513-AGO11812)  (64) CAT PP, Vol. 1 of 3, pages 1-272

65. (AGO011813-AGO012111)  (65) CAT PP, Vol. 2 of 3, pages 273-569

66. (AGO012112-AGO012406)  (66) CAT PP, Vol. 3 of 3, pages 570-860

**E.  Reporter's Transcripts on Appeal [RT PP], filed 11-4-1991**

67. (AGO012407-AGO012497)  (67) RT PP, Vol. I, pages 1-349

68. (AGO012498-AGO012747)  (68) RT PP, Vol. II, pages 350-650

69. (AGO012748-AGO013045)  (69) RT PP, Vol. III, pages 651-950

70. (AGO013046-AGO013334)  (70) RT PP, Vol. IV, pages 951-1236

71. (AGO013335-AGO013629)  (71) RT PP, Vol. V, pages 1237-1529

72. (AGO013630-AGO013922)  (72) RT PP, Vol. VI, pages 1530-1825

[Attachment 73 is under seal and intentionally omitted from this public filing. It will be separately provided to this Court under seal.]

74. (AGO13927-AGO14227)  (74) RT PP, Vol. VII, pages 1826-2125

75. (AGO14228-AGO014526)  (75) RT PP, Vol. VIII, pages 2126-2422

76. (AGO14527-AGO014826)  (76) RT PP, Vol. IX, pages 2423-2720

77. (AGO014827-AGO015126)  (77) RT PP, Vol. X, pages 2721-3019

78. (AGO015127-AGO015422)  (78) RT PP, Vol. XI, pages 3020-3313

| | | |
|---|---|---|
| 79. | (AGO015423-AGO015715) | (79) RT PP, Vol. XII, pages 3314-3610 |
| 80. | (AGO015716-AGO016015) | (80) RT PP, Vol. XIII, pages 3611-3908 |
| 81. | (AGO016016-AGO016308) | (81) RT PP, Vol. XIV, pages 3909-4199 |
| 82. | (AGO016309-AGO016562) | (82) RT PP, Vol. XV, pages 4200-4483 |
| 83. | (AGO016563-AGO016842) | (83) RT PP, Vol. XVI, pages 4484-4778 |
| 84. | (AGO016843-AGO017092) | (84) RT PP, Vol. XVI, pages 4779-5025 |
| 85. | (AGO17093-AGO17377) | (85) RT PP, Vol. XVIII, pages 5026-5305 |
| 86. | (AGO017378-AGO017628) | (86) RT PP, Vol. XIX, pages 5306-5555 |
| 87. | (AGO017629-AGO017919) | (87) RT PP, Vol. XX, pages 5556-5843 |
| 88. | (AGO017920-AGO018212) | (88) RT PP, Vol. XXI, pages 5844-6134 |
| 89. | (AGO018213-AGO018445) | (89) RT PP, Vol. XXII, pages 6135-6364 |
| 90. | (AGO018446-AGO018701) | (90) Vol. of Corrected [RT PP CP] pages sent by CSR |
| 91. | (AGO018702-AGO018958) | (91) Vol. Corrected [RT PP CP] pages Vols XI-XXII from CSR |

**F.   Miscellaneous Reporter's Transcripts on Appeal [MRT PP]**

| | | |
|---|---|---|
| 92. | (AGO018959-AGO018967) | (92) MRT PP (for 3/18/1992), pages 1-8 |
| 93. | (AGO018968-AGO018985) | (93) MRT PP (for 8/28/2000, pages 1-17 |

**G.   Miscellaneous (Sealed) Reporter's Transcripts on Appeal [MSRT PP]**

[Attachment numbers, 94, 95, 96, 97, and 98 are under seal and, therefore, have been intentionally omitted from this public filing.   They will be separately provided to this Court under seal.]

**H.  DIRECT APPEAL**

| | | |
|---|---|---|
| 99. | (AGO019085-AGO019322) | (99) Appellant's Opening Brief [AOB], filed 9/29/2004 |
| 100. | (AGO019323-AGO019426) | (100) Respondent's Brief [RB], filed 1/23/2006 |
| 101. | (AGO019427) | (101) 9/11/2006 Facsimile from Geraldine Russell to San Joaquin [SJ] Co. District Attorney [DA] |
| 102. | (AGO019428-AGO019505) | (102) Appellant's Reply Brief [ARB], filed 4/11/2007 |
| 103. | (AGO019506-AGO019507) | (103) 12/18/2009 Respondent's Oral Argument [OA] focus letter |
| 104. | (AGO019508-AGO019509) | (104) 12/18/2009 Appellant's OA focus letter |
| 105. | (AGO019510-AG019513) | (105) 12/19/2009 Respondent's Appearance Sheet to CSC |
| 106. | (AGO019514-AG019542) | (106) 1/2/2009 Respondent's additional citation letter re: Oral Argument [OA] |
| 107. | (AGO019543) | (107) 1/8/2009 Appellant's letter response to Justice Corrigan's question at OA |
| 108. | (AGO019544-AGO019579) | (108) Opinion, filed 2/23/2009 |
| 109. | (AGO019580-AGO019607) | (109) Petition for Rehearing, filed 3/10/2009 |
| 110. | (AGO019608) | (110) 3/13/2009 CSC order extending time to grant or deny rehearing |
| 111. | (AGO019609) | (111) Order denying Petition for Rehearing, filed 4/15/2009 |

**III.  CERTIORARI (USSC Case No. 09-5267)**

| | | |
|---|---|---|
| 112. | (AGO019610-AGO019631) | (112) Petition for Writ of Certiorari [PWC], filed 7/10/2009 |
| 113. | (AGO019632-AGO019647) | (113) Brief in Opposition to Petition for Writ of Certiorari [BOPWC], filed 10/9/2009 |

8

Notice of Electronic Lodging  (2:15-cv-01790 WBS AC  (DP))

| | | |
|---|---|---|
| 114. | (AGO019648) | (114) Order denying Petition for Writ of Certiorari [OPWC], filed 11/9/2009 |

### IV. STATE HABEAS

**A. California Supreme Court (Case No. S157098)**

| | | |
|---|---|---|
| 115. | (AGO019649-AGO019850) | (115) Petition for Writ of Habeas Corpus [PWHC], filed 10/7/2009 |
| 116. | (AGO019851-AGO020050) | (116) Exhibits in Support of PWHC, Vol. One [Exhibits 1-4] |
| 116-1. | (AGO020051-AGO020145) | |
| 117. | (AGO020146-AGO020327) | (117) Exhibits in Support of PWHC, Vol. Two |
| 118. | (AGO020328-AGO020573) | (118) Exhibits in Support of PWHC, Vol. Three [Exhibits (AGO 5-6] |
| 119. | (AGO020574-AGO020843) | (119) Exhibits in Support of PWHC, Vol. Four [Exhibits 7-12] |
| 120. | (AGO020844-AGO021043) | (120) Exhibits in Support of PWHC, Vol. Five [Exhibits 13-14] |
| 120-1 | (AGO021044-AGO021201) | |
| 121. | (AGO021202-AGO021401) | (121) Exhibits in Support of PWHC, Vol. Six [Exhibits 15-18] |
| 121-1 | (AGO021402-AGO021477) | |
| 122. | (AGO021478-AGO021687) | (122) Exhibits in Support of PWHC, Vol. Seven [Exhibits 18-19] |
| 123. | (AGO021688) | (123) Copy of CD of Volumes 1-7 of Exhibits 1-19 in Support of PWHC, filed 10/25/2007[2] |
| 124. | (AGO021689) | (124) 10/17/2007 CSC request for informal response to PWHC |
| 125. | (AGO21690-AG021931) | (125) Informal Response to PWHC [IR], filed 12/18/2008 |
| 126. | (AGO021932-AGO022157) | (126) Reply to Informal Response[PRIR], filed 10/7/2010 |
| 127. | (AGO022158-AGO022463) | (127) Exhibits in Support of Reply to Informal Response, Vol. One [Exhibits 1-2], filed 10/7/2010 |

---

[2] Respondent will deliver a physical copy of this CD to the Court.

9

| | | |
|---|---|---|
| 128. | (AGO022464-AGO022538) | (128) Exhibits in Support of Reply to Informal Response, Vol. Two [Exhibits 3-8], filed 10/7/2010 |
| 128-1. | (AGO022539-AGO022613) | |
| 128-2. | (AGO022614-AGO022688) | |
| 128-3. | (AGO022689-AGO022763) | |
| 128-4. | (AGO022764-AGO022820) | |
| 129. | (AGO022821-AGO023020) | (129) Exhibits in Support of Reply to Informal Response, Vol. Three, filed 10/7/2010 |
| 129-1. | (AGO023021-AGO023179) | |
| 130. | (AGO023180-AGO023279) | (130) Exhibits in Support of Reply to Informal Response, Vol. Four [Exhibits 9-11], 10/7/2010 |
| 130-1. | (AGO023280-AGO023374) | |
| 131. | (AGO023375) | (131) Copy of CD of Volumes 1-4 of [Exhibits 1-11] in Support of Reply to Informal Response, filed 11/9/2010[3] |
| 132. | (AGO023376-AGO023383) | (132) Application to file Supplemental Volume of Exhibits to Reply to Informal Response, filed 3/2/2011 |
| 133. | (AGO023384-AGO023588) | (133) Supplemental Volume of Exhibits to Reply to Informal Response, filed 3/2/2011 |
| 134. | (AGO023589) | (134) Copy of CD of Petitioner's Supplemental Volume of Exhibits 1-4 to Reply to Informal Response, filed 3/23/2011[4] |
| 135. | (AGO023590) | (135) CSC order denying PWHC, filed 6/24/2015 |

**B.   San Joaquin County Superior Court (Case No. SC031016-A)**

| | | |
|---|---|---|
| 136. | (AGO023591-AG023605) | (136) Motion for Postconviction Discovery and Declaration of Counsel [dated 10-22-07] |
| 137. | (AGO023606-AGO023608) | (137) Order re Hearing on Motion for Postconviction Discovery, filed 11-19-07 |
| 138. | (AGO023609-AGO023613) | (138) Motion to Appoint Geraldine S. Russell as Associate Counsel [dated 11-26-07] |

---

[3] Respondent will deliver a physical copy of this CD to the Court.
[4] Respondent will deliver a physical copy of this CD to the Court.

| | | |
|---|---|---|
| 1 | 139. (AGO023614-AGO023665) | (139) Supplemental Declaration of Counsel in Support of Motion for Motion for Postconviction Discovery [dated 12-12-07] |
| 2 | 140. (AGO023666-AGO023667) | (140) 1/17/2008 CSC order appointing associate counsel |
| 3 | 141. (AGO023668-AGO023672) | (141) 8/21/2008 letter from petitioner's counsel to San Joaquin Co Superior Court re: discovery |
| 4 | 142. (AGO023673-AGO023676) | (142) Request for Assignment of Trial Judge [dated 5-15-09 |
| 5 | 143. (AGO023677-AGO023718) | (143) Motion for Postconviction Discovery, Memorandum of Ps & As and Declaration of Counsel [dated 5-15-09] |
| 6 | 144. (AGO023719-AGO023731) | (144) Opposition to Motion to Quash Subpoenas Duces Tecum and Memorandum of Ps &As in Support Thereof [dated 5-15-09] |
| 7 | 145. (AGO023732-AGO023736) | (145) Supplemental Declaration of Counsel in Support of Motion for Postconviction Discovery [dated 9-29-09] |
| 8 | 146. (AGO023737-AGO023750) | (146) Memorandum of Law Re: Attorney Work-Product [dated 11-30-09] |
| 9 | 147. (AGO023751-AGO023764) | (147) Reporter's Augmented Transcript on Appeal [RAT SH], Vol. I of I, pages 1-8, 10/28/2009 proceedings [AG Docket Unit stamped 12-9-09] |

Dated:  December 11, 2015

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
ERIC L. CHRISTOFFERSEN
Supervising Deputy Attorney General

*/s/ ROBERT C. NASH*

ROBERT C. NASH
Deputy Attorney General
*Attorneys for Respondent*

SA2015302030
32317161.doc